UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

SYLINIA JACKSON,

                Plaintiff,

    - against -

FOUNDRY LIGHTING ONLINE LLC,

                Defendant.
---

23-cv-696 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 29, 2023.

SO ORDERED.

Dated:    New York, New York
           April 15, 2023

                                    John G. Koeltl
                          United States District Judge